IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ABDUL MALIK CHESTNUT<br><br>Plaintiff,<br><br>v.<br><br>JACKSON DIAGNOSTIC & CLASSIFICATION PRISON; JENKINS CORRECTIONAL FACILITY; WARDEN ROBERT ADAMS, JR.; WARDEN ERIC SELLERS; GEORGIA DEPARTMENT OF CORRECTIONS; CORRECTIONS CORPORATION OF AMERICA; SCOTT WILKES; and HOMER BRYSON,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-136 |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 19), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 25th day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA